ACAR Leasing LTD d/b/a GM Financial Leasing
P. O. Box 183853
Arlington, TX 76096
(877) 203-5538

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Bky. No. 20-44117-lsg |
| Kristin Rogalski and Michael Rogalski | Chapter 13 |
|     Debtor(s) | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

    Comes now, ACAR Leasing LTD d/b/a GM Financial Leasing, a creditor in the above-captioned case, and files this Withdrawal of Proof of Claim #3 for the claim filed in the above-styled and numbered case on March 26, 2020

Respectfully submitted,

/s/ Lorenzo Nunez
ACAR Leasing LTD d/b/a GM Financial Leasing
P. O. Box 183853
Arlington, TX 76096
(877) 203-5538

# CERTIFICATE OF SERVICE

I hereby certify that on this 7/11/2025, a true and correct copy of the Notice of Withdrawal of Proof of Claim #3 was electronically served using CM/ECF system, namely Krispen S. Carroll, and David Ross Ienna.

Further, I certify that on 7/11/2025, copies of the Notice of Withdrawal of Proof of Claim were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following at the addresses shown below:

/s/ Lorenzo Nunez

Kristin Rogalski
Michael Rogalski
2106 4th St
Trenton, MI 48183

David Ross Ienna
1 Parklane Blvd.
Suite 729 East
Dearborn, MI 48126

Krispen S. Carroll
Office of The Chapter 13 Trustee26999 Central Park BlvdSte 125Southfield, MI 48076

US Trustee